# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DARRYL MIMS  
5001 ELM GATE DRIVE  
ROCKFORD, IL  61101  

SSN-xxx-xx-1347

Case Number: 05-76677

Case filed on: 10/13/2005  
Plan Confirmed on: 2/3/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $46,212.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO BANK  NAT'L ASSOCIATION | 0.00 | 0.00 | 27,884.85 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 27,884.85 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | DARRYL MIMS | 0.00 | 0.00 | 819.24 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 819.24 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 300.00 | 300.00 | 76.63 | 32.11 |
| 002 | CHASE AUTO FINANCE | 20,315.70 | 20,315.70 | 3,603.77 | 4,448.71 |
| 004 | WELLS FARGO BANK  NAT'L ASSOCIATION | 11,890.42 | 11,890.42 | 3,914.84 | 0.00 |
| 010 | JP MORGAN CHASE BANK NA/BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 32,506.12 | 32,506.12 | 7,595.24 | 4,480.82 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVANCE CASH EXPRESS | 750.00 | 750.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 765.11 | 765.11 | 0.00 | 0.00 |
| 007 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | THE CASH LOAN STORE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,515.11 | 1,515.11 | 0.00 | 0.00 |
|  | Grand Total: | 36,721.23 | 36,721.23 | 38,999.33 | 4,480.82 |

Total Paid Claimant:    $43,480.15  
Trustee Allowance:      $2,731.85  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan